## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A.,<br><br>          Plaintiff,<br><br>     v.<br><br>SBFS TRUCKING INC., et al.,<br><br>          Defendants. | Case No. 1:24-cv-01260-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A NOTICE OF STATUS OF ACTION OR REQUEST FOR ENTRY OF DEFAULT<br><br>**SEVEN DAY DEADLINE** |

On October 16, 2024, Plaintiff BMO Bank N.A. commenced this action, and a mandatory scheduling conference is scheduled for April 24, 2025. (ECF Nos. 1, 14.) On February 14, 2025, Plaintiff filed executed summonses indicating that SBFS Trucking Inc. and Barinder Singh Gill (collectively, "Defendants") had been served and their answers were due on February 27, 2025. (ECF Nos. 7, 8.) On February 27, 2025, Defendants filed a "separate statement of disputed material facts and supporting evidence in support of summary judgment." (ECF Nos. 9, 10.) On March 5, 2025, Plaintiff moved for entry of default, which the Clerk entered later that same day. (ECF Nos. 11, 12, 13.)

On March 6, 2025, the Court entered an order, explaining that it appeared that Defendants had intended to file an answer despite filing a "separate statement." (ECF No. 14.) Additionally, the Court noted that it appeared that SBFS Trucking Inc. was attempting to appear *pro se* or by someone not licensed in the law, which the Court explained was not allowed

1

pursuant to Local Rule 183(a).  (Id.)  The Court found good cause to set aside the entries of default and gave Defendants 30 additional days to file a proper responsive pleading and, if necessary, allow the unrepresented corporation to retain counsel.  (Id.)  The deadline for Defendants to file their answers has now passed.

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of entry of this order, Plaintiff shall either file a status report of this action regarding the parties' readiness to proceed into the scheduling conference, a stipulation extending the time to respond and request to continue the conference, or a request for entry of default on Defendants.

IT IS SO ORDERED.

Dated:   **April 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge