| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | Case No. 1:24-cv-01260-SAB |
| Plaintiff, | ORDER VACATING APRIL 24, 2025 SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT |
| v. | |
| SBFS TRUCKING INC., et al., | |
| Defendants. | **THIRTY DAY DEADLINE** |

Plaintiff commenced this action on October 16, 2024. (ECF No. 1.) On April 11, 2025, the Clerk of the Court entered default against Defendants SBFS Trucking Inc. and Barinder Singh Gill. (ECF Nos. 17, 18.) The scheduling conference in this matter is currently set for April 24, 2025. (ECF No. 14.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, a plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir.

1991) (cleaned up).

As the Defendants in this matter are in default, the Court shall vacate the initial scheduling conference and set a deadline for a motion for default judgment to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a motion for default judgment;
2. The initial scheduling conference set for April 24, 2025, is VACATED; and
3. Plaintiff is advised that the failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge