UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | No. 1:24-cv-01260-KES-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| SBFS TRUCKING INC., *et al.*, | |
| Defendants. | Docs. 20, 26 |

On October 16, 2024, plaintiff BMO Bank N.A. commenced this action against defendants SBFS Trucking Inc. and Barinder Singh Gill. Doc. 1. On April 11, 2025, plaintiff requested an entry of default, which the Clerk entered that same day. Docs. 16, 17, 18. On April 24, 2025, plaintiff filed its motion for default judgment, and on June 5, 2025, the assigned magistrate judge issued findings and recommendations recommending granting plaintiff's motion with a reduction in attorney's fees. Docs. 20, 26. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. Doc. 26 at 16–17. No party filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 26, issued on June 5, 2025, are ADOPTED in full.
2. The motion for default judgment, Doc. 20, is GRANTED.
3. Plaintiff is AWARDED monetary damages against defendants in the amount of $528,880.55, plus post-judgment interest.
4. Plaintiff's request for attorney's fees and costs is GRANTED in the modified amount of $4,810.00 in attorney's fees and $505.00 in costs, for a total of $5,315.00.
5. Plaintiff is awarded possession of the subject vehicles, and defendants shall return and/or permit plaintiff to take possession of the subject vehicles:
    a. 2024 Volvo Model VNL64T760; VIN: 4V4NC9EH0RN641590;
    b. 2024 Volvo Model VNL64T760; VIN: 4V4NC9EH4RN627871;
    c. 2023 Utility Refrigerated Vans; VIN: 1UYVS2535P2740223; and
    d. 2023 Utility Refrigerated Vans; VIN: 1UYVS2537P2740224.
6. Upon recovery and sale of the subject vehicles in a commercially reasonable manner, plaintiff SHALL credit the net sale proceeds of the vehicles toward the monetary judgment awarded herein.
7. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: July 17, 2025

UNITED STATES DISTRICT JUDGE